USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/7/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVADOR SANCHEZ, and all other persons similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CARIDAD-BRONX RESTAURANT CORP., and ORQUIDIA ANDREYEV, <br><br> Defendants. | Index No. 16-cv-05908 <br><br> STIPULATION OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated and ordered that the above-captioned action be and is hereby dismissed in its entirety as against all Defendants, without prejudice and with no award of attorneys' fees or costs by the Court to either party.

Dated: May 25, 2017

*michael samuel*

Michael Samuel, Esq.
Samuel & Stein
38 West 32nd Street
Suite 1110
New York, NY 10001
(212) 563-9884

*Attorneys for Plaintiff and Proposed FLSA Collective*

[signature]

Justin Levine, Esq.
191 East 161st St
Bronx, NY 10451
~~(212) 992-9600~~
917-8040873

*Attorneys for Defendants*

Dated: New York, New York

_____June 7_____, 2017

SO ORDERED: [signature]

Hon. Edgardo Ramos, U.S.M.J.